IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00099-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MITCHELL BELL,

    Defendant,

and

DEVEREUX CLEO WALLACE,

    Garnishee.

## ORDER DISMISSING WRIT OF GARNISHMENT

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment in this case is GRANTED.

ORDERED and entered this 13th day of February, 2008.

        BY THE COURT:

        s/ Edward W. Nottingham
        CHIEF UNITED STATES DISTRICT JUDGE